**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| N.Y., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1258-CDL-ALS |
| Warden, STEWART COUNTY DETENTION CENTER, | : | |
| Respondent. | : | |

# ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on October 6, 2026. ECF 1. Having reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 7th day of October, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE